AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Arun Wiita

V.

Raymond Kelly, Commissioner of the NYPD; The City of New York, and Police Officer John Doe

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 11056

TO: (Name and address of Defendant)

The City of New York
Law Department
100 Church Street
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christoper Dunn
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE DEC 06 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/06/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Timothy Foster | Legal Intern |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: New York City Law Dept., 100 Church Street, New York City, at approx. 2:15 pm (Given to Tamekia Mendes-Gabbon, Docketing Clerk).

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/06/07
Date

Signature of Server

Address of Server: 125 Broad Street, 19th Floor, New York NY 10004

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.